SECTION 3. This ordinance shall be in force and effect from and after its passage.

On motion of Alderman Frost the foregoing proposed ordinance was *Passed*, by yeas and nays as follows:

*Yeas*—Aldermen Roti, Barnett, Kenner, Evans, Bloom, Sawyer, Bertrand, Humes, Shaw, Vrdolyak, Majerczyk, Burke, Brady, Barden, Sheahan, Sherman, Shumpert, Marzullo, Ray, Carothers, Davis, Hagopian, Kuta, Gabinski, Mell, Frost, Marcin, Farina, Cullerton, Laurino, Rittenberg, Pucinski, Natarus, Oberman, Clewis, Axelrod, Schulter, Volini, Orr, Stone—40.

*Nays*—None.

Alderman Shumpert moved to *Reconsider* the foregoing vote. The motion was *Lost*.

## Execution of Supplemental Agreement Authorized between City and Chicago Union Station Company Necessary for Reconstruction of Canal Street Viaduct.

The Committee on Finance submitted a report recommending that the City Council pass the following proposed ordinance transmitted therewith:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Mayor is authorized to execute, the City Clerk to attest, the Commissioner of Public Works and the Comptroller to approve, and the Corporation Counsel to approve as to form and legality, a Supplemental Agreement between the City of Chicago and Chicago Union Station Company for the construction of the Canal Street Viaduct, said Agreement to be substantially in the following form:

This Supplemental Agreement, made and entered into this .......... day of ................, 1980, by and between the City of Chicago, a municipal corporation of the State of Illinois, hereinafter referred to as the "City" and Chicago Union Station Company, hereinafter referred to as "Company";

Whereas, City and Company entered into an agreement dated October 2, 1978, covering rehabilitation of the Canal Street Viaduct structures and roadway, between Madison and Taylor Streets, in Chicago, Illinois, and

Whereas, The parties desire to supplement said agreement with respect to ownership and maintenance thereof;

Now, Therefore, in consideration of the premises and the mutual benefits to parties hereto it is agreed as follows:

1. Company agrees to and does hereby waive any claim of ownership in and to the elevated viaduct structure or structures now or hereafter existing in Canal Street between Madison Street and Taylor Street, and hereby quitclaims unto the City its right, title or interest, if any, in the existing structure or structures.

2. City agrees to maintain the aforesaid elevated viaduct structure or structures, after rehabilitation pursuant to said agreement of October 2, 1978, and Company agrees and hereby grants unto the City, to the extent of its right, title or interest therein, the right to enter upon any all premises within the boundaries of Canal Street between Madison and Taylor Streets for such purposes subject, however, to the provisions in Section 5 and 8 of said agreement of October 2, 1978.

In Witness Whereof the parties hereto have executed this agreement as of the day and year first above written.

[Signature forms omitted for printing purposes]

SECTION 2. The City Clerk is directed to transmit two (2) certified copies of this ordinance to the Department of Transportation of the State of Illinois, through the District Engineer of District 1 of said Department of Transportation.

SECTION 3. This ordinance shall be in force and effect from and after its passage.

On motion of Alderman Frost the foregoing proposed ordinance was *Passed*, by yeas and nays as follows:

*Yeas*—Aldermen Roti, Barnett, Kenner, Evans, Bloom, Sawyer, Bertrand, Humes, Shaw, Vrdolyak, Majerczyk, Burke, Brady, Barden, Sheahan, Sherman, Shumpert, Marzullo, Ray, Carothers, Davis, Hagopian, Kuta, Gabinski, Mell, Frost, Marcin, Farina, Cullerton, Laurino, Rittenberg, Pucinski, Natarus, Oberman, Clewis, Axelrod, Schulter, Volini, Orr, Stone—40.

*Nays*—None.

Alderman Shumpert moved to *Reconsider* the foregoing vote. The motion was *Lost*.

## Allocation of M.F.T. Funds Increased for Engineering Etc. for Reconstruction of S. Ashland Av. between W. Lake St. and W. Roosevelt Rd.

The Committee on Finance submitted a report recommending that the City Council pass the following proposed ordinance transmitted therewith:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That Section 1 of the ordinance passed by the City Council of the City of Chicago on May 9, 1973, and appearing on page 5459 of the Journal of the Proceedings of the City Council of said date, providing for the improvement of Ashland Avenue from and including its intersection with Roosevelt Road to Lake Street and authorizing the expenditure of $200,000.00 for engineering therefor, out of the City's share of the Motor Fuel Tax Fund, be and the same is hereby amended by deleting Section 1 as published and inserting therein the following:

"SECTION 1. The City Comptroller and the City Treasurer with the approval of the Department of Transportation of the State of Illinois are authorized and directed to allocate the sum of Two Hundred and Forty Thousand Dollars ($240,000.00) from the City's Motor Fuel Tax Fund to cover the City's cost of plan preparation which includes studies, design, estimates of cost, specifications and production of all necessary contract documents for the widening, reconstruction, resurfacing and channelization of Ashland Avenue from a[...] n with W. Roosevelt R[...] W. Lake Street."

EXHIBIT B